# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| D'WANNA WILLIAMS, | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 2:21-cv-00968-JHE |
| NISA, INC., | ) |
| Defendant. | ) |

## ORDER

On August 12, 2021, when it came to the undersigned's attention that more than twenty-one days have elapsed since Defendant NISA, Inc. was served with the summons and complaint (*see* doc. 4), that said defendant had failed to answer or otherwise respond, and that the plaintiff had failed to seek default judgment, the undersigned entered an order for the plaintiff to show cause why this action should not be dismissed for want of prosecution. (Doc. 6). That same day, the plaintiff filed a response explaining that counsel had been in contact with counsel for the defendant, and he had consented to an extension of time for the defendant to respond to the complaint. (Doc. 7). He further stated he anticipated a motion for an extension of time to be "filed shortly." (*Id.*). Over three weeks has passed, and no such motion has been filed.

Nevertheless, the undersigned is encouraged that the parties have been engaging in "good faith settlement negotiations" and had arranged a meeting at the subject property with an ADA consultant for August 13, 2021. (*See* doc. 7). However, this remains an active case (no stay has been requested), and there needs to be a deadline for the defendant to respond to the complaint. Accordingly, the plaintiff is **ORDERED** to file an update regarding the status of negotiations by

2

**September 10, 2021**, unless the defendant has responded to the complaint before then or an extension has been sought and granted.

DONE this 3rd day of September, 2021.

_____
**JOHN H. ENGLAND, III**
UNITED STATES MAGISTRATE JUDGE