UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

D'WANNA WILLIAMS,
an individual,

    Plaintiff,

CASE NO: 2:21-CV-00968-JHE

vs.

NISA, INC.,

    Defendant.
_____/

## PLAINTIFF'S NOTICE OF SETTLEMENT

Comes now, Plaintiff, D'Wanna Williams, by and through undersigned counsel, and advises the Court that the parties have reach reached a settlement of all disputed issues and are in the process of circulating settlement documents for execution.  Plaintiff will file a voluntary notice of dismissal with prejudice with the Court within the next 30 days.

Dated this 10th day of September, 2021.

    Respectfully submitted,

    By:  */s/ Edward I. Zwilling*
    Edward I. Zwilling, Esq.
    Alabama State Bar No.: ASB-1564-L54E

1

**OF COUNSEL:**

Law Office of Edward I. Zwilling, LLC
4000 Eagle Point Corporate Dr.
Birmingham, Alabama 35242
Telephone:  (205) 822-2701
Email:       edwardzwilling@zwillinglaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 10, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to each registered participant.

                                    *s/ Edward I. Zwilling*
                                    **OF COUNSEL**