# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| D'WANNA WILLIAMS, | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 2:21-cv-00968-JHE |
| NISA, INC., | ) |
| Defendant. | ) |

## ORDER DISMISSING CASE

A stipulation of dismissal, signed by all parties who have appeared, having been filed in this action, it is hereby **ORDERED, ADJUDGED**, and **DECREED** that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this case is **DISMISSED WITH PREJUDICE**, costs to be taxed as paid. As requested by the parties, the court retains jurisdiction to enforce the parties' settlement agreement.

DONE this 14th day of October, 2021.

_____
**JOHN H. ENGLAND, III**
UNITED STATES MAGISTRATE JUDGE